

**FILED**

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0471

STATE OF MONTANA,

Plaintiff and Appellee,

v.

STEVEN LEE STRIKE, Sr.,

Defendant and Appellant.

**FILED**

JUL 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Steven Lee Strike, Sr., filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Strike was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* Our examination of the record indicates that nonfrivolous issues may exist on appeal. We direct counsel to review the complete record on appeal and to further consider whether: defense counsel misstated the law during closing argument; the imposed restitution constitutes an illegal sentence; the District Court's written judgment conforms to its oral pronouncement; and counsel was ineffective in failing to raise meritorious objections and in failing to advocate for his client.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Strike personally.

DATED this 12th day of July, 2022.

                                      Chief Justice

                                        Justices

2